**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

**No. 00-31224**
**Summary Calendar**
_____

**RICHARD MUZZI,**

**Plaintiff-Appellant,**

**VERSUS**

**CIMARRON; DYNMCDERMOTT,**

**Defendants-Appellees.**

_____

Appeal from the United States District Court
For the Eastern District of Louisiana
(99-CV-2795-D)
_____
March 13, 2001

Before DAVIS, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Richard Muzzi, acting pro se, filed suit against his former employer, Cimarron Software Services, Inc., and against DynMcDermott Petroleum Operations Company for whom Cimarron was acting as a subcontractor. Muzzi alleged that he was moved from a salaried position to an hourly-rate employee because he suffered

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

from autism, in violation of Americans With Disabilities Act. However, Muzzi never advised his supervisor at Cimarron nor any other employees that he was suffering from autism or any other disability. Rather, since Muzzi was arriving late and departing early regularly and was taking extra-long lunch hours on a frequent basis, Cimarron decided to move him to an hourly employee and retain his services. Shortly thereafter, Muzzi wrote a rambling, somewhat incoherent and threatening letter to his supervisor and he was discharged.

Cimarron and DynMcDermott moved for summary judgment which the district court (Judge A. J. McNamara, presiding) granted. Muzzi appealed.

We have carefully reviewed the briefs, the reply brief, the record excerpts, and relevant portions of the record itself. For the reasons stated by the district judge in his Order filed under date of September 25, 2000, we affirm the grant of summary judgment in favor of defendants.

**AFFIRMED.**